33004. GEORGIA CENTRAL CREDIT UNION v. COLE et al.

UNDERCOFLER, Presiding Justice.

Since the judgment entered below was a denial of summary judgment and the interlocutory procedures for appeal have not been followed, this appeal must be and is

hereby dismissed. Code Ann. § 6-701 (a) 2.
*Appeal dismissed. All the Justices concur.*

DECIDED OCTOBER 20, 1977.

*Lucian Lamar Sneed, Carl V. Rauschenberg, Jr.,* for appellant.
*E. Graydon Shuford,* for appellees.